IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JIMMY L. RODGERS,                    2:10-CV-01361-SU

      Petitioner,           ORDER

v.

MR. D. MILLS,

      Respondent.

**BROWN, Judge.**

    Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#15) on June 20, 2011, in which she recommends this Court deny Petitioner Jimmy L. Rodger's Petition (#2) for Writ of Habeas Corpus, dismiss this matter with prejudice, and deny a certificate of appealability. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#15). Accordingly, the Court **DENIES** the Petition (#2) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 10th day of August, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER