IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JIMMY L. RODGERS,** | 2:10-CV-01361-SU |
|     **Petitioner,** | **JUDGMENT** |
| **v.** | |
| **MR. D. MILLS,** | |
|     **Respondent.** | |

Based on the Court's Order (#18) issued August 10, 2011, the Court **DISMISSES** this matter **with prejudice** and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 10th day of August, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT